1  JEANE HAMILTON (CSBN 157834)
2  ALBERT B. SAMBAT (CSBN 236472)
   U.S. Department of Justice
3  Antitrust Division
   450 Golden Gate Avenue
4  Box 36046, Room 10-0101
   San Francisco, CA 94102
5  Jeane.Hamilton@usdoj.gov
   Telephone: (415) 934-5313
6

7  Attorneys for the United States

8

9                              UNITED STATES DISTRICT COURT

10                            NORTHERN DISTRICT OF CALIFORNIA

11                                     OAKLAND DIVISION

12

13

14  UNITED STATES OF AMERICA,             CASE NO. CR 12-00084 PJH

15                                        **NOTICE OF DISMISSAL**
              v.
16

17  BARRY HEISNER,

18              Defendant.

19

20     On October 30, 2016, the defendant passed away; the Certificate of Death was issued on January

21  10, 2017. (Exhibit 1.) With leave of the Court, and under Federal Rule of Criminal Procedure 48(a), the

22  United States Department of Justice, Antitrust Division dismisses the above Information.

23  //

24  //

25  //

26  //

27  //

28  //

No. CR 12-00084 PJH
NOTICE OF DISMISSAL

1

DATED: February 14, 2017

Respectfully submitted,

_____/s/_____
JEANE HAMILTON
Trial Attorney
Antitrust Division
U.S. Department of Justice

Leave is granted to the United States to dismiss the Information.

DATED: February 15, 2017

_____
HON. PHYLLIS J. HAMILTON
United States Chief District Judge

APPROVED
Judge Phyllis J. Hamilton

No. CR 12-00084 PJH
NOTICE OF DISMISSAL

2